788 (1990); *Matthews v. State*, 300 S.C. 238, 387 S.E.2d 258, 259 (1990).

Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

UNITED STATES of America,
Plaintiff–Appellee,

v.

Francisco Augusto BRYAN, a/k/a Panama, a/k/a James Enrique, a/k/a Enrique James, a/k/a Francisco Bryan, Defendant–Appellant.

No. 13–7229.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 23, 2013.

Decided: Jan. 22, 2014.

Francisco Bryan, Appellant Pro Se. Christine B. Hamilton, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francisco Augusto Bryan appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motions for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bryan*, No. 5:94–cr–00068–F–1 (E.D.N.C. June 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*